BADIAK & WILL, LLP
Attorneys for Plaintiff
106 3RD Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 06-A-010-JK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GREAT AMERICAN INSURANCE COMPANY
a/s/o Marque Foods and International Foods
and Ingredients,

               Plaintiff,

   -against-

ORIENT OVERSEAS CONTAINER LINE, LTD.,

               Defendant.
-----------------------------------------------------------X

Case No.: 07 CIV 8553



RULE 7.1 STATEMENT


RECEIVED OCT 03 2007 U.S.D.C. S.D.N.Y. CASHIERS

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

          SEE ATTACHED LIST

Dated: October 2, 2007

                                  SIGNATURE OF ATTORNEY
                                  JAMES P. KRAUZLIS

**AMERICAN FINANCIAL GROUP**

*Amer Empire Surplus Lines Pool*
- American Empire Insurance Co
- American Empire Surplus Lines
- Fidelity Excess and Surplus

*Atlanta Casualty Pool*
- American Premier Ins Co
- Atlanta Casualty Company
- Atlanta Specialty Insurance Co

*Great American Insurance Pool*
- Agricultural Excess & Surplus
- Agricultural Insurance Co
- American Alliance Ins Co
- American Dynasty Surplus Lines
- American National Fire Ins
- American Spirit Insurance Co
- Contemporary American Ins Co
- Eagle American Insurance Co
- Eden Park Insurance Company
- Great American Insurance Co
- Great American Lloyd's Ins
- Great Texas County Mut Ins Co
- Seven Hills Insurance Co
- TICO Insurance Company
- Transport Insurance Co

*Infinity Insurance Pool*
- Infinity Insurance Company
- Infinity National Ins Corp
- Infinity Select Insurance Co

*Leader National Pool*
- Leader National Insurance Co
- Leader Preferred Insurance Co
- Leader Specialty Insurance Co

*Mid-Continent Group*
- Mid-Continent Casualty Co
- Mid-Continent Insurance Co OK
- Oklahoma Surety Company

*National Interstate Ins Co*

*Republic Indemnity Ins Pool*
- Republic Indem Co of America
- Republic Indemnity Co of CA

*Stonewall Insurance Company*

*Windsor Insurance Pool*
- American Deposit Ins Co
- Coventry Insurance Company
- Regal Insurance Company
- Windsor Insurance Company