Form 27 - GENERAL PURPOSE

BADIAK & WILL, LLP
ATTN:
U.S. SOUTHERN DIST. COURT        NEW YORK  COUNTY

---

GREAT AMERICAN INSURANCE COMPANY         plaintiff
A/S/O MARQUE FOODS AND INTERNATIONAL FOOD AND
INGREDIENTS            - against -

ORIENT OVERSEAS CONTAINER LINE, LTD.    defendant

Index No. **07 CIV 8553**

Date Filed ............

Office No. **06-A-010-JPK**

Court Date:   /  /

---

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**BRETT M. GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **18th  day of October, 2007**    at  **12:04 PM.**,    at
   **%OOCL (USA) INC. WALL ST PLAZA, 88 PINE ST.
   8TH FL, (SERVED IN LOBBY) NY, NY**
I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **ORIENT OVERSEAS CONTAINER LINE, LTD.**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **VANESSA ARENA, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **FEMALE**      COLOR: **BLACK**      HAIR: **BLACK**
   APP. AGE: **35**     APP. HT: **5:7**      APP. WT: **120**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
19th day of October, 2007n

JOEL GOLUB
Notary Public, State of New York
   No. 01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

BRETT M. GOLUB  1239212
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM74827

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

GREAT AMERICAN INSURANCE COMPANY a/s/o
Marque Foods and International Foods
and Ingredients,

**SUMMONS IN A CIVIL CASE**

V.

ORIENT OVERSEAS CONTAINER LINE, LTD.,

CASE NUMBER:

**07 CIV 8553**

**JUDGE KEENAN**

TO: (Name and address of defendant)

ORIENT OVERSEAS CONTAINER LINE, LTD.: c/o OOCL (USA), Inc., Wall Street Plaza,
88 Pine Street, 8th Floor, New york, New York 10

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 06-A-010-JK

an answer to the complaint which is herewith served upon you, within ___20___ days after service of t
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable per
of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE: OCT 0 3 2007